MCH 12/8/2025 AB/PEB USAO 2025R00649

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARK TRAVIS BRIGHAM,**<br><br>Defendant. | CRIMINAL NO. JKB-25-382<br><br>(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. 853, and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about September 29, 2023, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, three image files, one that depicts Minor Victim 1 touching her exposed genitals and two that depict Minor Victim 1's exposed genitals and anus, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

1

**COUNT TWO**
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about December 15, 2023, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, two image files that depict Minor Victim 1's exposed genitals, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

**COUNT THREE**
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about January 5, 2024, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, nine image files, seven of which that depict Minor Victim 1's exposed genitals and pubic area, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

## COUNT FOUR
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about April 9, 2024, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, three image files that depict Minor Victim 1's exposed genitals, two of which depict Minor Victim 1 touching her exposed genitals, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

## COUNT FIVE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about July 23, 2024, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, five image files that depicts Minor Victim 1's exposed genitals, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

## COUNT SIX
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about August 22, 2024, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, two image files that depict Minor Victim 1's exposed genitals, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, and said image files were produced using a Samsung Galaxy S21 mobile phone, model SM-G998U, all of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

## COUNT SEVEN
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On a date unknown to the Grand Jury but on or before December 7, 2024, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a video file and an image file titled that depict Minor Victim 2 naked in a shower, said files appearing to have been made without her knowledge, said image files were stored on a 128GB Amazon SD card, contained in a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, both of which devices were manufactured outside of the United States.

18 U.S.C. §§ 2251(a) & 2256

## COUNT EIGHT
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further alleges that:

On or about August 6, 2025, in the District of Maryland, the defendant,

**MARK TRAVIS BRIGHAM,**

did knowingly possess and knowingly access with intent to view one or more matters which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and such depiction being of such conduct, that is, the defendant knowingly possessed a Samsung Galaxy S21 mobile phone, model SM-G998U, S/N R5CR70WTMGD, IMEI 355502291530042; a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, containing a 128GB Amazon SD card, a Samsung EVO+ 256GB SD card, S/N DMAGX48GF627; and a Samsung Galaxy SIII mobile phone, model SPH-L710, IMEI 99000206664361, all of which devices were manufactured outside of the United States, all of which devices contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(4)(B) and (b)(2) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses alleged in Counts One through Eight of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One through Eight of this Indictment, the defendant,

**MARK TRAVIS BRIGHAM,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

    a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

    d. The property to be forfeited includes, but is not limited to, the following:

        i. a Samsung Galaxy S21 mobile phone, model SM-G998U, S/N R5CR70WTMGD, IMEI 355502291530042;

        ii. a Samsung Galaxy tablet S5e, model SM-T727V, S/N R52NA0Z71TE, IMEI: 357083102043184, containing a 128 GB Amazon SD card;

9

   iii. a digital camera containing a Samsung EVO+ 256GB SD card, S/N DMAGX48GF627; and

   iv. a Samsung Galaxy SIII, model SPH-L710, mobile phone, IMEI 99000206664361.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant:

  e. cannot be located upon the exercise of due diligence;

  f. has been transferred or sold to, or deposited with, a third party;

  g. has been placed beyond the jurisdiction of the court;

  h. has been substantially diminished in value; or

  i. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: December 10, 2025